**1050** ∎

## Louis AIELLO, Appellant,

v.

## SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY.

Supreme Court of Pennsylvania.

Argued Nov. 17, 1998.

Decided Dec. 14, 1998.

Tina Marcy Weber, for Louis Aiello.

G. Roger Bowers, Philadelphia, Joan A. Zubras, Alfred W. Putnam, Jr., Philadelphia, for S.E.P.T.A.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

∎

## Robert L. KEITH, Jr., Aldo D. Mirarchi, Edward A. Moffet, and Glenn W. Claudfelter, Appellants,

v.

## DEPARTMENT OF CORRECTIONS OF the COMMONWEALTH of Pennsylvania, Department of Labor and Industry of the Commonwealth of Pennsylvania, and Phico Services Company, Appellees.

Supreme Court of Pennsylvania.

Dec. 23, 1998.

### ORDER

PER CURIAM.

AND NOW, this 23rd day of December, 1998, we **AFFIRM** the Order of the Commonwealth Court.